FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOY DOREEN WATSON, a.k.a. Joy Watson, a.k.a. Thelma Watson,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent - Appellee. | No. 13-17475<br><br>D.C. Nos. 2:12-cv-01104-SRB<br>      2:08-cr-00258-SRB-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before:  THOMAS and HURWITZ, Circuit Judges.

 The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). Any pending motions are denied as moot.